```
Fashion Bug
c/o Spirit of America NB
PO Box 869
Milford OH 45150


Metro Credit Union
PO Box 9100
Chelsea MA 02150


Metro Credit Union
200 Revere Beach Parkway
Box 9100
Chelsea MA 02150


Newport News
Card Processing Center
PO Box 9204
Old Bethpage NY 11804


Sears Gold Mastercard
PO Box 6282
Sioux Falls SD 57117


Sears/Citi
Box 6286
Sioux Falls SD 57117


WFNNB/Dress Barn
4590 E. Broad Street
Columbus OH 43213
```